3

THE SUNTAG LAW FIRM
A Professional Corporation
DANA A. SUNTAG (California State Bar No. 125127)
ZOEY P. MERRILL (California State Bar No. 268331)
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905

Attorneys for Chapter 7 Trustee
GARY R. FARRAR

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re:

DEBRA L. SAFRENO,

Debtor.

NO: 10-30563-D-7

DC No.: SLF 2

**MOTION FOR AUTHORIZATION TO SELL THE ESTATE'S INTEREST IN A VEHICLE**

**Date: August 18, 2010**
**Time: 10:00 a.m.**
**Place: Department D**
**Honorable Robert S. Bardwil**

FILED
July 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002776656

MOTION FOR AUTHORIZATION
TO SELL THE ESTATE'S
INTEREST IN A VEHICLE

1

Chapter 7 Trustee Gary R. Farrar respectfully moves for authorization to sell the estate's interest in a 2005 Ford Ranger (the "Ford").

Under the proposed sale, Debtor Debra L. Safreno (the "Debtor") will buy all of the estate's interest in the Ford for $3000.

The Trustee believes the sale of the estate's interest in the Ford is in the best interests of the creditors and this Court should approve it pursuant to Bankruptcy Code Section 363(b).

The Trustee represents the following:

1. On April 23, 2010, the Debtor filed this bankruptcy case. Gary R. Farrar was appointed Chapter 7 Trustee. (Farrar Decl. ¶ 2).

2. The Debtor disclosed an interest in the Ford in her Schedules. She valued the Ford at $6230 and claimed $2725 exempt. (Farrar Decl. ¶ 3).

3. The nonexempt equity in the Ford is property of the bankruptcy estate. (Farrar Decl. ¶ 4).

4. The Trustee wishes to liquidate the nonexempt equity in the Ford and obtain maximum value for the estate. (Farrar Decl. ¶ 5).

5. The Trustee entered into negotiations with the Debtor, through her attorney. (Farrar Decl. ¶ 6).

6. As a result of the negotiations, the Trustee has entered into a proposed sale with the Debtor under which the Debtor will purchase the estate's equity in the Ford for $3000 (the "Purchase Amount") (collectively, the "Sale"). (Farrar Decl. ¶ 7, Ex. A).

7. The Sale is conditional on Bankruptcy Court approval of this motion and is subject to overbidding at the hearing on this Motion. (Farrar Decl. ¶ 8).

8. Bankruptcy Code Section 363(b) provides that a trustee, after notice and a hearing, may sell property of the bankruptcy estate other than in the ordinary course of business.

9. The Trustee believes the Sale is in the best interests of creditors. (Farrar Decl. ¶ 9).

WHEREFORE, the Trustee respectfully requests that the Court grant this motion for authorization to sell the estate's interest in the Ford, and that it grant such further and other relief as may be just and proper.

Dated: July 6, 2010

THE SUNTAG LAW FIRM
A Professional Corporation

By: /s/ Dana A. Suntag
DANA A. SUNTAG
Attorneys for Chapter 7 Trustee
GARY R. FARRAR